IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY MOSLEY
ADC #185548                                                                                                PLAINTIFF

v.                                       No. 5:15-cv-337-DPM-BD

CORRECTIONAL CARE SOLUTIONS;
ARKANSAS DEPARTMENT OF CORRECTION;
WENDY KELLEY; and DANNY BURL                                                              DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № 7, and overrules Mosley's objections, № 8. FED. R. CIV. P. 72(b)(3). Mosley's claims against the Arkansas Department of Correction are dismissed with prejudice. His claims about events on 31 October 2015 are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 November 2015