IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY MOSLEY
ADC #85548                                                                                      PLAINTIFF

v.                              No. 5:15-cv-337-DPM-BD

CORRECTIONAL CARE SOLUTIONS;
WENDY KELLEY; and DANNY BURL                                        DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, № 42, and overrules Mosley's objections, № 50. FED. R. CIV. P. 72(b)(3). Kelley and Burl's motion for summary judgment, № 14, is granted; and Mosley's claims against them are dismissed without prejudice for failure to exhaust.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

22 February 2016