IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY MOSLEY
ADC #85548                                                                                          PLAINTIFF

v.                                            No. 5:15-cv-337-DPM

CORRECTIONAL CARE SOLUTIONS;
ARKANSAS DEPARTMENT OF CORRECTION;
WENDY KELLEY; and DANNY BURL                                              DEFENDANTS

JUDGMENT

1. Mosley's claims against the Arkansas Department of Correction are dismissed with prejudice.

2. Mosley's other claims are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

24 March 2016